# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| JEFFREY COOLEY | : | VIOLATIONS: 26 U.S.C. § 7206(1) (filing a false tax |
| | : | return - 1 count) |

## INFORMATION

## COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times material to this information:

1. Defendant JEFFREY COOLEY was a resident of Sylvania, Ohio.

2. On or about October 15, 2013, in the Northern District of Ohio, and elsewhere, defendant

## JEFFREY COOLEY

willfully made and subscribed a United States income tax return, Form 1040, for the calendar year 2012, which was verified by a written declaration that it was made under the penalty of perjury and filed with the Director, Internal Revenue Service Center, at Kansas City, Missouri, which defendant COOLEY did not believe to be true and correct as to every material matter, in that the return reported that defendant COOLEY purchased an offshore trust company on or about January 1, 2012, when, as defendant COOLEY knew, he had purchased the company in or about 2005 and owned it continuously through nominee entities since 2005.

In violation of Title 26, United States Code, Section 7206(1).

For **WILLIAM M. McSWAIN**
**UNITED STATES ATTORNEY**