# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## INFORMATION



**DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar. *MGW 478*

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:  Philadelphia                    County:  Philadelphia

City and State of Defendant:   Toledo, Ohio

County:            Lucas                     Register number:  N/A

Place of accident, incident, or transaction:       Toledo, Ohio

Post Office:  Toledo                          County:       Lucas

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO:  YES

Case Number:  19-471                    Judge:  Joshua D. Wolson, USDJ

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1.          ⊂ Antitrust

2.          ⦿ Income Tax and other Tax Prosecutions

3.          ⊂ Commercial Mail Fraud

4.          ⊂ Controlled Substances

5.          ⊂ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial

6.          ⊂ General Criminal
(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR  CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES):
26 U.S.C. § 7206(1) (filing a false tax return)

DATE:   8/21/2019

Patrick J. Murray
Jennifer Arbittier Williams
Assistant United States Attorneys

USAO File No. 2019R00717
*U.S. v. Jeffrey Cooley*